1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     COLIN GREGORY BOWERS,                      No.  2:21-cv-00520 KJM DB P

12                    Plaintiff,

13            v.                                   ORDER

14     EL DORADO COUNTY JAIL, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 23, 2022, the magistrate judge filed findings and recommendations, which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within twenty-one days.  (ECF No. 12.)  Plaintiff has not

23   filed objections to the findings and recommendations.

24          Although it appears from the file that plaintiff's copy of the findings and

25   recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

26   keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

27   of documents at the record address of the party is fully effective.

28   /////

1

1    The court presumes that any findings of fact are correct.  *See Orand v. United States*,

2  602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

3  de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

4  by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

5  . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

6  supported by the record and by the proper analysis.

7    Accordingly, it is hereby ordered that:

8    1.  The findings and recommendations filed February 23, 2022 (ECF No. 12), are

9       **adopted in full**;

10   2.  This action is **dismissed without prejudice**; and

11   3.  The Clerk of Court is directed to **close this case**.

12  DATED:  July 11, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

2