UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colin Gregory Bowers, | No. 2:21-cv-00520-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| El Dorado County Jail, et al., | |
| Defendants. | |

      In November 2021, the Magistrate Judge dismissed plaintiff Bowers's complaint with leave to amend after she concluded he had not stated any viable claims. *See* Order, ECF No. 9. She directed him to file an amended complaint within thirty days and warned him the case could be dismissed if he did not amend his complaint. *Id.* at 9. The Clerk mailed a copy of the Magistrate Judge's order to Bowers, but it was returned as undeliverable. Almost three months passed without any word from Bowers, so the Magistrate Judge recommended dismissal. ECF No. 12. This court adopted that recommendation and entered judgment against him. ECF Nos. 13, 14. Several more months had passed by that time.

      A little more than a year later, Bowers asked the court to reopen his case. ECF No. 15. He explained he was in custody at the same county jail as before, but in a "separate housing location." *Id.* He claims the Magistrate Judge's order was not "forwarded" to him "directly" but was instead "placed on [his] property." *Id.* He does not claim he attempted to update his address

or alert the court to his new housing arrangements, as this court's rules require of those who are not represented by an attorney. *See* E.D. Cal. L.R. 183(b). The Federal Rules permit a court to "relieve a party . . . from a final judgment" for "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1). But a court cannot grant that relief if more than a year has passed, as in this case. *See* Fed. R. Civ. P. 60(c)(1). Rule 60(b) does offer relief after a year in some circumstances, *see* Fed. R. Civ. P. 60(b)(4)–(6), but Bowers does not show this case fits those circumstances.

Plaintiff's request to reopen (ECF No. 15) is **denied**.

IT IS SO ORDERED.

DATED: August 15, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE